**Torin DYSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 86204.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 28, 2006.

Lisa M. Stroup, St. Louis, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

### *ORDER*

PER CURIAM.

Torin Tyrell Dyson appeals from the judgment of the Circuit Court of the City

of St. Louis denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).